UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

GHI, INC., a Delaware corporation,     )
                                       )
                   Plaintiff(s)        )
                                       )
vs.                                    )   Case No. _____
                                       )
JOHN M. O'CONNOR, an individual,       )
                                       )
                   Defendant(s)        )

**PRAECIPE FOR SUMMONS**
**(Required by LCvR 4.1)**

TO THE CLERK OF SAID COURT:   You will please issue summons in the above entitled cause for the persons listed below and make the same returnable according to law.

| Name of Defendant(s) | Address Serve/Agent | Serve/Agent | Type of Service | Days to Answer |
|---|---|---|---|---|
| John M. O'Connor | P.O. Box 3852<br>Incline Village, NV  89450 | John M. O'Connor | Certified Mail | twenty (20) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Timothy J. Bomhoff
Name of Plaintiff or Attorney for Plaintiff        (Please Type or Print)

s/Timothy J. Bomhoff
Signature (Plaintiff or Attorney)

Telephone No.: (405) 239-6040        Fax No.: (405) 239-6766

RYAN, WHALEY, COLDIRON & SHANDY
900 Robinson Renaissance, 119 North Robinson
Street or Mailing Address

Oklahoma City, Oklahoma                          73102
City & State                                    Zip Code

7-98/050