IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: ELECTRONIC CASE FILING       )       No. G.O. 04-02

**ORDER**

Electronic filing is mandatory in the Western District of Oklahoma as of May 1, 2004. For details and exceptions see Electronic Case Filing Policy and Procedures Manual on the Court's website at www.okwd.uscourts.gov.

IT IS SO ORDERED this 15th day of April, 2004.

_____
ROBIN J. CAUTHRON, CHIEF
UNITED STATES DISTRICT JUDGE

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

_____
WAYNE E. ALLEY
UNITED STATES DISTRICT JUDGE

_____
TIM LEONARD
UNITED STATES DISTRICT JUDGE

_____
DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE

_____
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

_____
BANA ROBERTS
UNITED STATES MAGISTRATE JUDGE

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

_____
GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

_____
VALERIE K. COUCH
UNITED STATES MAGISTRATE JUDGE

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

_____
ROBERT E. BACHARACH
UNITED STATES MAGISTRATE JUDGE

FILED APR 15 2004