### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GHI, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-CV-747-R |
| | ) | |
| JOHN M. O'CONNOR, an Individual, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff GHI, Inc., by and through its undersigned attorneys and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice to the bringing of a subsequent action.

DATED this 26th day of October 2004.

Respectfully Submitted,

/s/ Timothy J. Bomhoff
Joe M. Hampton, OBA No. 11851
Timothy J. Bomhoff, OBA No. 13172
Amy J. Pierce, OBA No. 17980

Of the Firm:
RYAN, WHALEY, COLDIRON & SHANDY
900 Robinson Renaissance
119 North Robinson
Oklahoma City, Oklahoma  73102
Telephone:      (405) 239-6040
Facsimile:      (405) 239-6766

ATTORNEYS FOR PLAINTIFF
GHI, INC.

1